UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ROSIE, INC., ROSEMARY SILBERSTEIN
And JEFFREY SILBERSTEIN,

                Plaintiffs,

-against-

FRENCH SOLE STORES INTERNATIONAL,
LTD., DRY INK, INC. FS/NY SHOES, LTD.,
And RANDY OCHART,

                Defendants.

---------------------------------------------------------x

Case No.: 08 CV 2229

**RULE 7.1 STATEMENT**

*JUDGE COTE*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **ROSIE, INC.** (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

**NONE**

Dated: March 4, 2008

Susan Schneiderman (SS-9840)
BALLON STOLL BADER & NADLER, P.C.
1450 Broadway, 14th Floor
New York, New York 10018
Tel. (212) 575-7900
*Attorneys for Plaintiffs*