UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ROSIE, INC., ROSEMARY SILBERSTEIN and
JEFFREY SILBERSTEIN,     08-CV-2229

                          Plaintiffs,
  -against-     **NOTICE OF**
                                                          **DISCONTINUANCE**
FRENCH SOLE STORES INTERNATIONAL, LTD.,
DRY INK, INC., FS / NY SHOES, LTD. and
RANDY OCHART,

                          Defendants.
------------------------------------------------------------------x

SIRS:

     PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the attorneys for plaintiffs ROSIE, INC., ROSEMARY SILBERSTEIN and JEFFREY SILBERSTEIN hereby discontinues the above entitled action as to defendants FRENCH SOLE STORES INTERNATIONAL, LTD., DRY INK, INC., FS/NY SHOES, LTD. and RANDY OCHART, with prejudice and without costs to either party as against the other.

Dated: New York, New York
       March 17, 2008

                                                Susan Schneiderman (SS-9840)
                                                BALLON STOLL BADER & NADLER PC
                                                *Attorneys for Plaintiff*
                                                1450 Broadway
                                                New York, N.Y. 10018
                                                Tel: (212) 575-7900

To: FRENCH SOLE STORES INTERNATIONAL, LTD.
    985 Lexington Avenue
    New York, New York 10021

DRY INK, INC.
985 Lexington Avenue
New York, New York 10021


FS/NY SHOES, LTD.
985 Lexington Avenue
New York, New York 10021


Randy Ochart
6365 Collins Avenue, Apt. 3307
Miami Beach, Florida 33141