UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROSIE, INC., ROSEMARY SILBERSTEIN and
JEFFREY SILBERSTEIN,                                08-CV-2229

                           Plaintiffs,
   -against-

FRENCH SOLE STORES INTERNATIONAL, LTD.,
DRY INK, INC., FS / NY SHOES, LTD. and
RANDY OCHART,

                           Defendants.
-----------------------------------------------------------------x

## AFFIRMATION OF SERVICE

YASMIN GONZALEZ, affirms, declares and certifies under penalty of perjury:

I am not a party to the action, am over 18 years of age, am an Associate of Ballon Stoll Bader & Nadler, and have an office at 1450 Broadway, New York, New York 10018 and 505 Main Street, Hackensack, New Jersey 07601. On March 17, 2008, I served or caused to be served a true copy of the annexed **Notice of Discontinuance** in the following manner:

    ☐ By hand delivery upon plaintiff's counsel,

    ☐ By overnight courier,

    ☐ By telefax, Fax Numbers: _____

    ☒ By regular mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

FRENCH SOLE STORES INTERNATIONAL, LTD.
985 Lexington Avenue
New York, New York 10021


DRY INK, INC.
985 Lexington Avenue
New York, New York 10021


FS/NY SHOES, LTD.
985 Lexington Avenue
New York, New York 10021


Randy Ochart
6365 Collins Avenue, Apt. 3307
Miami Beach, Florida 33141

_____
YASMIN T. GONZALEZ